## MEHRINGER *et al. v.* THE STATE *ex rel.* CLEMENTS.

VACATION OF OFFICE.—The acceptance of the office of Major of volunteers in the military service of the *United States*, by the incumbent of the office of Auditor of a county, vacates the latter office.

APPEAL from the *Dubois* Circuit Court.

*Per Curiam.*—Information in the nature of *quo warranto*, on the relation of the proper prosecuting attorney, against *Mehringer* and *DeBruler*.

In 1860, *Mehringer* was elected to the office of Auditor of *Dubois* county. In *September*, 1861, he accepted the office of Major in the volunteer service of the *United States*. *DeBruler* acted as his deputy auditor after his acceptance of the military commission. The case of *Kerr* v. *Jones*, 19 Ind. R. 351, settles the proposition that the acceptance, by *Mehringer*, of the office of Major, vacated his former office of auditor.

The information was properly filed by the prosecuting attorney, although there had been no one appointed to fill the vacancy, and although no one claimed the office adversely to *Mehringer*. 2 R. S. 1852, p. 199, § 750.

The judgment below, which was for the State, was right and must be affirmed.

The judgment is affirmed with costs.

*L. Q. DeBruler* and *W. C. Adams*, for the appellants.
*John Baker*, for the appellee.